**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

KARINA DENISE WILSON,

        Plaintiff,

    v.

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

        Defendant.

Case No. 1:26-cv-00781-TWP-MJD

**NOTICE OF APPEARANCE**

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP. hereby provides

notice that Christopher J. DeGroff of the law firm Seyfarth Shaw LLP, 233 South Wacker Drive,

Suite 8000, Chicago, IL 60606-6448, enters his appearance in this case as counsel for Defendant.

Respectfully submitted,

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.

By:  */s/ Christopher J. DeGroff*
     Christopher J. DeGroff
     Indiana Bar No. 19321-64
     cdegroff@seyfarth.com
     SEYFARTH SHAW LLP
     233 South Wacker Drive
     Suite 8000
     Chicago, IL 60606-6448
     Telephone: (312) 460-5982
     Facsimile: (312) 460-7982

     Counsel for Defendant

Date: June 1, 2026

.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 1, 2026, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which will send notice of such filing to all counsel of record.

*/s/ Christopher J. DeGroff*
Christopher J. DeGroff