**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

KARINA DENISE WILSON,

        Plaintiff,

      v.

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

        Defendant.

Case No. 1:26-cv-00781-TWP-MJD

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

      Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by its attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that First Advantage Corporation, a publicly traded company, is First Advantage Background Services Corp.'s parent company.  First Advantage Corporation owns 10% or more of First Advantage Background Service Corp.'s stock.

      Respectfully submitted,

      FIRST ADVANTAGE BACKGROUND
      SERVICES CORP.


      By: */s/ Christopher J. DeGroff*
          Christopher J. DeGroff
          Indiana Bar No. 19321-64
          cdegroff@seyfarth.com
          SEYFARTH SHAW LLP
          233 South Wacker Drive
          Suite 8000
          Chicago, IL 60606-6448
          Telephone: (312) 460-5982
          Facsimile: (312) 460-7982

Date: June 1, 2026
      Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that, on June 1, 2026, I electronically filed the foregoing with the Clerk of the

Court using the ECF system, which will send notice of such filing to all counsel of record.

*/s/ Christopher J. DeGroff*
Christopher J. DeGroff

326171295v.1