**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KARINA DENISE WILSON,<br><br>           Plaintiff,<br><br>     v.<br><br>FIRST ADVANTAGE BACKGROUND<br>SERVICES CORP.,<br><br>           Defendant. | Case No. 1:26-cv-00781-TWP-MJD |

## LOCAL RULE 6.1 NOTICE OF AUTOMATIC EXTENSION OF TIME

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by its attorneys and for its Local Rule 6.1 Notice of Automatic Extension of Time, hereby states as follows.

1.     Plaintiff filed her Complaint on April 21, 2026 (Doc. No. 1).

2.     First Advantage was served with the Summons and a copy of the Complaint on May 11, 2026.  Accordingly, pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, First Advantage's responsive pleading currently must be filed by June 1, 2026.

3.     First Advantage and its counsel require additional time to fully investigate and respond to Plaintiff's allegations and claims.

4.     First Advantage respectfully requests 21 days, up through and including June 22, 2026, to file its responsive pleading.

5.     First Advantage's responsive pleading deadline has not been extended, and this is First Advantage's first request for an extension of time.

6.     No Case Management Plan has been entered by the Court in this case. Therefore, this extension will not interfere with any dates or deadlines.

7.     First Advantage's counsel conferred with Plaintiff's counsel regarding this motion, and Plaintiff's counsel consents to First Advantage's requested extension of time.

WHEREFORE, Defendant respectfully requests that this Court grant it an extension of time, up through and including June 22, 2026, to file its responsive pleading.

Respectfully submitted,

FIRST ADVANTAGE BACKGROUND SERVICES CORP.

By: */s/ Christopher J. DeGroff*
      Christopher J. DeGroff
      Indiana Bar No. 19321-64
      cdegroff@seyfarth.com
      SEYFARTH SHAW LLP
      233 South Wacker Drive
      Suite 8000
      Chicago, IL 60606-6448
      Telephone: (312) 460-5982
      Facsimile: (312) 460-7982

      Counsel for Defendant

Date: June 1, 2026

.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 1, 2026, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which will send notice of such filing to all counsel of record.


<div style="margin-left: 45%;">

*/s/  Christopher J. DeGroff*
Christopher J. DeGroff

</div>